*John Palmieri, Abraham Wilkes* and *Charles F. Paterno* for appellant.

*Louis Kunen* and *Oscar Englander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MICHAEL KILGALLON, Respondent, *v.* THE CUNARD STEAMSHIP COMPANY, LTD., Appellant.

*Negligence — master and servant — longshoreman injured by falling skid or fender.*

*Kilgallon* v. *Cunard S. S. Co., Ltd.,* 212 App. Div. 825, affirmed.

(Argued May 14, 1925; decided June 2, 1925.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff, a longshoreman, while employed in the hold of one of defendant's steamers was struck by a falling skid or fender which had been hung to protect the woodwork around the hatch about twenty-three feet above the hold.

*Thaddeus G. Cowell* for appellant.

*James A. Gray* and *William S. Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.